19-55040

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**CHRISTOPHER GONZALEZ,**

                Petitioner-Appellant,

    v.

**DANIEL PARAMO, Warden, et. al.,**

                Respondent.

On Appeal from the United States District Court
for the Southern District of California

No. 14cv1359-GPC (WVG)
The Honorable Gonzalo P. Curiel.

**MOTION TO DISMISS UNTIMELY APPEAL**

                XAVIER BECERRA
                Attorney General of California
                JULIE L. GARLAND
                Senior Assistant Attorney General
                DANIEL ROGERS
                Supervising Deputy Attorney General
                VINCENT P. LAPIETRA
                Deputy Attorney General
                State Bar No. 255985
                 600 West Broadway, Suite 1800
                 San Diego, CA 92101
                 P.O. Box 85266
                 San Diego, CA 92186-5266
                 Telephone: (619) 738-9049
                 Fax: (619) 645-2044
                 Email: Vincent.LaPietra@doj.ca.gov
                *Attorneys for Respondent-Appellee*

# TABLE OF CONTENTS

**Page**

Introduction ........................................................................................................3

Statement of the Case and Facts................................................................3

Argument..............................................................................................................4

    I.    The Appeal Is Untimely and Must Be Dismissed......................4

Conclusion...........................................................................................................5

# TABLE OF AUTHORITIES

**Page**

**CASES**

*Babbes v. Frakes*
　482 Fed. Appx. 282 (9th Cir. 2012) ....................................................... 4

*Bowles v. Russell*
　551 U.S. 205 (2007) ............................................................................ 4, 5

*Browder v. Director, Dept. of Corrections of Illinois*
　434 U.S. 257 (1978) ................................................................................ 4

*People v. Gonzalez*
　2010 Cal. App. 4th 875 (Cal. App. 2012) .............................................. 3

*Serine v. Peterson*
　989 F.2d 371 (9th Cir. 1993) .................................................................. 4

**STATUTES**

28 United States Code
　§ 2107 ..................................................................................................... 4
　§ 2254 ..................................................................................................... 3

**COURT RULES**

Federal Rules of Appellate Procedure
　Rule 4(a) ................................................................................................. 4

## INTRODUCTION

Petitioner Christopher Gonzalez failed to file a timely notice of appeal. The district court dismissed his Petition for Writ of Habeas, filed under 28 U.S.C. § 2254, in 2016. He submits that he was unaware of the judgment until the district court responded to his inquiry in January 2018. Nonetheless, he took no action until filing his notice of appeal in December 2018. Consequently, this Court lacks jurisdiction over the matter.

## STATEMENT OF THE CASE AND FACTS

Gonzalez is serving nine years plus fourteen years to life in California state prison for attempted murder, assault with a deadly weapon, first-degree burglary, aggravated mayhem, and simple mayhem. *People v. Gonzalez*, 2010 Cal. App. 4th 875, 878 (Cal. App. 2012). The jury found that he personally used a dangerous weapon and personally inflicted great bodily injury. *Id.*

Gonzalez's direct appeal concluded in 2013, when the state supreme court denied review. (Notice of Appeal (NOA) at 52 of 55.) He filed a federal Petition for Writ of Habeas corpus in 2014. (NOA at 27 of 55.) The district court dismissed the Petition on June 28, 2016. (NOA at 18 of 55.) Gonzalez signed his NOA on December 27, 2018. (NOA at 16 of 55.)

Gonzalez submits that he was unaware of the district court's judgment until the district court responded to his inquiry in January 2018. (NOA at 14-15 of 55.)

The mail-log he has submitted reflects receipt of mail from the district court on January 22, 2018. (NOA at 25 of 55.)

## ARGUMENT

### I. THE APPEAL IS UNTIMELY AND MUST BE DISMISSED

Gonzalez did not file a timely notice of appeal. This Court lacks jurisdiction. The appeal must be dismissed.

A notice of appeal must be filed "within 30 days after entry of judgment or order appealed from." Fed. R. App. P. 4(a); 28 U.S.C. § 2107. This requirement is "mandatory and jurisdictional." *Browder v. Director, Dept. of Corrections of Illinois*, 434 U.S. 257, 264 (1978) (internal quotation marks omitted). "[W]hen an 'appeal has not been prosecuted in the manner directed, within the time limited by the acts of Congress, it must be dismissed for want of jurisdiction.'" *Bowles v. Russell*, 551 U.S. 205, 213 (2007). A notice of appeal filed before the district court acts upon a report and recommendation is not valid. *Serine v. Peterson*, 989 F.2d 371, 372 (9th Cir. 1993); *see e.g. Babbes v. Frakes*, 482 Fed. Appx. 282 (9th Cir. 2012).

In this case, Gonzalez appeals from the district court's judgement dated June 28, 2016. (NOA at 18 of 55.) He signed his notice of appeal on December 27, 2018. (NOA at 16 of 55.) Because the notice of appeal was not filed within 30 days

4

after entry of judgment, this Court lacks jurisdiction and the appeal must be dismissed. *Bowles v. Russell*, 551 U.S. at 213.

## CONCLUSION

Respondent requests this Court dismiss the appeal.

Dated: January 17, 2019          Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JULIE L. GARLAND
Senior Assistant Attorney General
DANIEL ROGERS
Supervising Deputy Attorney General


*/s/ Vincent P. LaPietra*
VINCENT P. LAPIETRA
Deputy Attorney General
*Attorneys for Respondent-Appellee*

SD2019800044
82104194.docx

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 17. Statement of Related Cases Pursuant to Circuit Rule 28-2.6

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form17instructions.pdf

**9th Cir. Case Number(s)** | 19-55040

The undersigned attorney or self-represented party states the following:

⦿ I am unaware of any related cases currently pending in this court.

○ I am unaware of any related cases currently pending in this court other than the case(s) identified in the initial brief(s) filed by the other party or parties.

○ I am aware of one or more related cases currently pending in this court. The case number and name of each related case and its relationship to this case are:

**Signature** | s/ Vincent P. LaPietra    **Date** | 01/17/2019
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 17**                                                                    *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 19-55040

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

Christopher Gonzalez; CDCR No. F-85843
Richard J. Donovan Correctional Facility
480 Alta Road, San Diego, CA 92179

**Description of Document(s)** *(required for all documents)*:

MOTION TO DISMISS UNTIMELY APPEAL

**Signature** | s/ J. Dinh          **Date** | 1/17/2019

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 15**                                                      Rev. 12/01/2018